UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PEDRO RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:18-cv-01501 |
| PEKING GOURMET INN, INC. | ) |
| Defendant. | ) |

**PUBLIC NOTICE OF CONSENT MOTION FOR ENTRY OF ORDER PERMITTING DEFENDANT TO FILE SETTLEMENT AGREEMENT UNDER SEAL AS EXHIBIT ___ TO THE CONSENT MOTION TO APPROVE THE SETTLEMENT AGREEMENT**

Defendant Peking Gourmet Inn, Inc. (the "Defendant" or "Peking Gourmet"), by its undersigned counsel, and pursuant to Local Civil Rule 5, respectfully asked the Court to enter an Order permitting Defendant to file UNDER SEAL Exhibit A to its Consent Motion to Approve Settlement Agreement.

The Settlement Agreement is to be filed under seal in connection with the parties' confidential agreement to resolve the disputes between them without any admission of liability.

Anyone objecting to the said Motion to Seal filed this 26th day of December 2018 must file any objection thereto with the Clerk of this Court within seven (7) days after the filing of this Motion pursuant to Local Civil Rule 5.

DATED: December 26, 2018

Respectfully submitted,

PEKING GOURMET INN, INC.

By Counsel

/s/ *Matthew H. Johnson*
Matthew H. Johnson, VSB #85094
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
mjohnson@bonnerkiernan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Public Notice was served electronically through PACER on this 26th day of December, 2018 upon:

Nady Peralta, VSB # 91630
6066 Leesburg Pike, Ste. 520
Falls Church, Virginia 22041
Telephone: (703) 720-5603
Facsimile: (703) 778-3454
nady@justice4all.org
*Counsel for Plaintiff*

/s/ *Matthew H. Johnson*
Matthew H. Johnson