# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| PEDRO RODRIGUEZ, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No.: 1:18-cv-01501 |
|  | ) |
| PEKING GOURMET INN, INC. | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, January 11, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Peking Gourmet Inn, Inc., will move this Court in accordance with its *Motion for Entry of Order Permitting Defendant to File Settlement Agreement Under Seal as Exhibit to the Consent Motion to Approve the Settlement Agreement*.

Respectfully submitted,

PEKING GOURMET INN, INC.

By Counsel

/s/ *Matthew H. Johnson*
Matthew H. Johnson, VSB #85094
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
mjohnson@bonnerkiernan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Hearing* was served electronically through PACER on this 20th day of December, 2018 upon:

Nady Peralta, Esq, VSB # 91630
6066 Leesburg Pike, Ste. 520
Falls Church, Virginia 22041
Telephone: (703) 720-5603
Facsimile: (703) 778-3454
nady@justice4all.org
*Counsel for Plaintiff*

/s/ *Matthew H. Johnson*
Matthew H. Johnson